FILED
CLERK, U.S. DISTRICT COURT
APR 28 2011
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Rigoberto Ontiveros-Rodriguez<br><br>    Defendant. | Case No.: 02-1253-CAS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unknown background information, unknown bail resources, unknown ties</u>

1  to the Central District of CA, undocumented status

4        and/or

5   B.    (X)   The defendant has not met his/her burden of establishing by
       clear and convincing evidence that he/she is not likely to pose
       a danger to the safety of any other person or the community if
       released under 18 U.S.C. § 3142(b) or (c). This finding is based
       on: nature of the instant violations, prior criminal history

        IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated: 4/28/11

                                    _____
                                    CARLA M. WOEHRLE
                                    UNITES STATES MAGISTRATE JUDGE

2