O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR02-1253-CAS |
|       Plaintiff, ) | SUPERVISED RELEASE |
| v. ) | REVOCATION, REVOKING, AND |
| ) | JUDGMENT |
| RIGOBERTO ONTIVEROS-RODRIGUEZ, ) | |
|       Defendant. ) | |

On June 1, 2011, this matter came before the Court on petition to show cause why supervised release should not be revoked filed May 23, 2008. The Government, James Left, the defendant and his appointed CJA attorney, Angel Navarro, were present. The U.S. Probation Officer, Randy Orlow, is also present. The defendant admits to the allegations of the Petition on Probation and Supervised Release filed May 23, 2008.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of May 12, 2004. The defendant's supervised release is hereby revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervised release to follow.

///

///

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: June 2, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: _____/S/_____
Catherine M. Jeang, Deputy Clerk